UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO CORNEJO,

    Defendant.
_____/

Honorable Paul L. Maloney

Case No. 1:07-cr-158

**ORDER**

This matter is before the Court on defendant Ricardo Cornejo's motion to continue bond (Dkt. #60) and the government's motion to accept the plea and revoke the bond (Dkt. #73). The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (Dkt. #59). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. The court being fully advised in the premises:

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge filed August 8, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Ricardo Cornejo's plea to Count One of the Indictment is accepted. The defendant's motion to continue bond until the date of sentencing (Dkt. #60) is **DENIED**; and the government's motion to accept the plea and revoke the bond (Dkt. #73) is **GRANTED** pursuant to

18 U.S.C. 3141(a)(2).  Defendant Ricardo Cornejo is adjudicated guilty and bond will be revoked at the time of reporting.

       3.     Defendant Ricardo Cornejo shall report to the United States Marshal in McAllen, Texas, at 3:00 p.m., on Thursday, September 6, 2007.  Defendant shall be detained pending sentencing.

       4.     A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report.  See U.S.S.G. Ch. 6.

Date:  September 5, 2007                     /s/  Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge