UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO CORNEJO,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-158-02

**ORDER**

On May 24, 2010, the defendant requested a copy of the response filed by the government to defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 from the Court. A review of the court record reflects that a proof of service indicating the government provided a copy of its response to the defendant has not been filed in this case. The Court will direct the Clerk of Court to provide a copy of the document to the defendant without cost. The Court will also direct the government to either file a proof of service regarding the mailing of its response to the defendant or advise the Court that it failed to do so. Accordingly,

**IT IS HEREBY ORDERED** that the defendant's request for a copy of the response filed by the government to defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. #200) is **GRANTED**. The Clerk of Court shall forward a copy of the response filed by the government (Dkt. #198) to the defendant without cost.

**IT IS FURTHER ORDERED** that within **seven (7) days** of the date of this order the government shall either file a proof of service stating a copy of its response to defendant's motion was mailed to the defendant or advise the Court it failed to send the defendant a copy of its response.


Date:  June 8, 2010                                        　　/s/ Paul L. Maloney                   
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge