UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                        HONORABLE PAUL L. MALONEY

v.                                          Case No. 1:07-cr-158-02

RICARDO CORNEJO,

      Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**
**GRANTING MOTION FOR REDUCTION OF SENTENCE**

    Defendant Ricardo Cornejo has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

    On March 29, 2017, the Court held a hearing on the motion. For the reasons and grounds set forth in the opinion from the bench which are incorporated herein by reference, Defendant's motion is **GRANTED**. Defendant's previously imposed sentence of imprisonment of 240 months is reduced to 216 months.

    **IT IS SO ORDERED**.


Dated: March 30, 2017                              /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge